WEBB *v.* THOMPSON *et al.*

ATKINSON, J. When, in an application for injunction, the evidence is not embodied in an approved brief of evidence and filed as a part of the record, nor contained in the bill of exceptions, nor attached thereto properly identified as a part thereof by the judge's signature, the Supreme court can not consider any question made by an assignment of error the decision of which is dependent upon the evidence. *Edmondson* v. *Edmondson,* 128 *Ga.* 53 (3) (57 S. E. 308), and cit.; *Blackman* v. *Garrett,* 135 *Ga.* 226 (69 S. E. 110), and cit.; *Town of Fairburn* v. *Edmondson,* 160 *Ga.* 792 (129 S. E. 108); *Federal Investment Co.* v. *Ewing,* 165 *Ga.* 435 (141 S. E. 65), and cit.

*Judgment affirmed. All the Justices concur, except Hill, J., absent because of illness.*

No. 9186. AUGUST 8, 1933.

*Thomas E. Scott,* for plaintiff in error. *W. E. Harclerode,* contra.